UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE No. 00-6056-CIV-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

OLSON K PREDDIE,

        Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause without prejudice as to the defendant OLSON K PREDDIE, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (i).

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: MARY F. DOOLEY
ASSISTANT U.S. ATTORNEY
99 N.E. 4TH STREET, Suite 300
Miami, FL 33132
Tel No. (305) 961-9
Fax No. (305) 530-7195
Bar No. A5500282

DATED 3/7/00