UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
CASE No. 00-6056-CIV-FERGUSON

UNITED STATES OF AMERICA,
          Plaintiff,

v.

DAVID GREGORY PATTEN,
          Defendant.
_____/



### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, United States of America, by and through its undersigned attorney, and dismisses this cause without prejudice as to the defendant DAVID GREGORY PATTEN, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (i).

                                          Respectfully submitted,

                                          THOMAS E. SCOTT
                                          UNITED STATES ATTORNEY

By:    MARY F. DOOLEY
        ASSISTANT U.S. ATTORNEY
        99 N.E. 4TH STREET, Suite 300
        Miami, FL 33132
        Tel No. (305) 961-9377
        Fax No. (305) 530-7195
        Florida Bar No. 112933

DATED 3/13/00