AFFIDAVIT OF SERVICE

Case No: 00 6056 CIV FERGUSON

| TO BE SERVED | COURT |
|---|---|
| GLENN K. PREDDIE | IN THE UNITED STATES DISTRICT COURT, |
| 2701 N.W. 7th LANE | IN AND FOR THE SOUTHERN DISTRICT OF |
| LAUDERDALE LAKES, FLORIDA | FLORIDA |

UNITED STATES OF AMERICA — WRIT —
VS. SUMMONS IN A CIVIL ACTION
GLENN K. PREDDIE

| SERVED FOR | INFORMATION |
|---|---|
| MORY E. DOOLEY, AUSA | Court Date : |
| | Court Time : |
| 99 N.E. 4th STREET, SUITE 300 | Witness Fee$ |
| MIAMI, FLORIDA 02100 | Doc. Type  : Original |
| | Atty File #: |

I received this process 02/10/00 at 3:10 PM and it was not served.

ON:  GLENN K. PREDDIE
AT:  2701 N.W. 7th LANE
     LAUDERDALE LAKES, FLORIDA

NO SERVICE:

For the reason that after diligent search and inquiry, I failed to find said
GLENN K. PREDDIE, in DADE COUNTY, FLORIDA.

OTHER SERVICES:

ATTEMPTED SERVICE @:2701 AVENUE 3, RIVIERA BEACH, FLORIDA
ATTEMPTED SERVICE @:2701 N.W. 47th LANE, LAUDERDALE LAKES, FLORIDA
ATTEMPTED SERVICE @:650 GLORIA KEY SINGLE,#2200, DEERFIELD, FLORIDA

I acknowledge that I am a certified process server in the circuit in which the defendant was
served.  I acknowledge that I have no interest in the above action.

I hereby certify that I am not a party to the above    The foregoing instrument was acknowledged
action, am over 18 years of age; that the above affi-   before me this 17 day of March, 2000,
davit is true and correct, and that service was made    BY BARRY E. ROCK,
in accordance with Rule 1,410(C) Florida R.C.P., and    who is personally known to me, or who has
Rule 45 Federal R.C.P., and Rule 4(C), 28 U.S.C., and   produced a ____ as identification
Section 520 FL. Stp.                                     and who DID / DID NOT take an oath.

PROCESS SERVER: BARRY E. ROCK (#2000)    NOTARY PUBLIC OR OTHER OFFICER
CAPLAN/MARKOWITZ & KOYN  (305) 374-3426   AND TITLE THE NAME OF PERSON
CPS Number:  740677                       BRENDA TAYLOR
                                          My Commission # CC 815829
                                          Expires: March 8, 2003
                                          Fla Notary Service & Bonding Co.

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**SUMMONS IN A CIVIL ACTION**

United States of America

v.

Case Number:

**OLSON K PREDDIE**

**TO:** *(Name and Address of Defendant)*

> **OLSON K PREDDIE**
> **4900 NW 11TH PL**
> **LAUDERHILL, FL  333112743**

**YOU ARE HEREBY SUMMONED** *to and required to serve upon plaintiff's attorney*

> Mary F. Dooley
> Assistant United States Attorney
> 99 NE 4TH STREET
> 3RD FLOOR
> MIAMI, FL  33132-2111

*an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file an answer with the Clerk of the Court within a reasonable period of time after service.*

CLARENCE MADDOX
CLERK OF THE COURT

_____ DATE

BY DEPUTY CLERK